UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LASONYA S.,

                Plaintiff,

v.                                                          5:20-cv-1481 (ML)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:

                                                                     OF COUNSEL:

LAW OFFICES OF KENNETH HILLER, PLLC
  Counsel for the Plaintiff                                        JUSTIN M. GOLDSTEIN, ESQ.
6000 North Bailey Avenue - Suite 1A
Amherst, New York 14226

SOCIAL SECURITY ADMINISTRATION
  Counsel for the Defendant                                      LOUIS JOHN GEORGE, ESQ.
J.F.K. Federal Building                                                  Special Assistant United States
15 New Sudbury Street                                                    Attorney
Boston, Massachusetts 02203

MIROSLAV LOVRIC, United States Magistrate Judge

**CONSENT ORDER TO REMAND PURSUANT
TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Louis John George, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may be taken; and Plaintiff, through counsel Justin M. Goldstein, having

consented to the within order and the requested remand (Dkt. No. 19), and the Court having considered the matter,

IT IS on this 18th day of January, 2022,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: January 18, 2022
       Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge